RECEIVED
JAN 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT C. PAUL, Plaintiff | CIVIL ACTION NO. 1:17-CV-00949 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CHRISTUS SAINT FRANCES CABRINI HOSPITAL, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Paul's § 1983 complaint is DISMISSED WITH PREJUDICE as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

IT IS FURTHER ORDERED that Paul's Motion for Extension of Time Without Attorney of Statute of Limitation to Serve (Doc. 5), and Motion Without Attorney to Have USM Serve Complaint and Summons (Doc. 6) is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24th day of January, 2018.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE